United States District Court
Southern District of Texas
**ENTERED**
September 11, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| COVARRUBIAS REMODELING SERVICE, LLC, *et al.*, | § § § § § § § § § § § | |
| Plaintiffs. | | |
| V. | | 3:25-cv-233 |
| CITY OF FREEPORT, TEXAS, *et al.*, | | |
| Defendants. | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION**

On August 11, 2025, the plaintiffs' answer, Dkt. 4, which is construed as a motion to remand, was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1)(B). Dkt. 11. Judge Edison filed a memorandum and recommendation on August 19, 2025, recommending that the plaintiffs' motion to remand, Dkt. 4, be granted, and this case be remanded to the 149th Judicial District Court of Brazoria County, Texas, for further proceedings. Dkt. 17.

No objections have been filed to the memorandum and recommendation. Accordingly, the court reviews it for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court finds that there is no plain error apparent from the face of the record. Accordingly:

(1) Judge Edison's memorandum and recommendation, Dkt. 17, is approved and adopted in its entirety as the holding of the court; and

(2) Plaintiffs' motion to remand, Dkt. 4, is granted; and

2

(3)   This case is remanded to the 149th Judicial District Court of Brazoria County, Texas.

SIGNED on Galveston Island this 11th day of September 2025.

                                                    JEFFREY VINCENT BROWN
                                        UNITED STATES DISTRICT JUDGE